UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CURTIS HARRIS,

       Plaintiff,

                                        Case No. 5:05-cv-113

v.

                                        HON. GORDON J. QUIST

DR. RODNEY L. KILPATRICK, et al.,

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action recommending that Plaintiff's ex parte motion for a temporary restraining order and a preliminary injunction be denied..  The Report and Recommendation was duly served on the parties on May 5, 2006.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 5, 2006, (docket no. 87), is approved and adopted as the opinion of the court.


Dated:  June 9, 2006                                               /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE