UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CURTIS HARRIS,

        Plaintiff,

                                        Case No. 5:05-cv-113

v.

                                        HON. GORDON J. QUIST

DR. RODNEY L. KILPATRICK, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action recommending that Defendants' motion to dismiss be denied as moot. The Report and Recommendation was duly served on the parties on May 5, 2006. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 5, 2006, (docket no. 88), is approved and adopted as the opinion of the court.


Dated: June 9, 2006                                                           /s/ Gordon J. Quist
                                                                                     GORDON J. QUIST
                                                               UNITED STATES DISTRICT JUDGE